**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MAR 1 5 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No.       1:18CR00041SNLJ/ACL
)
CORY HUTCHESON, ) 18 U.S.C. §§ 1028(a)(7), (b)
)
    Defendant. )

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about July 22, 2014, in the Southeastern Division of the Eastern District of

Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting

interstate or foreign commerce, without lawful authority, a means of identification of another

person, to wit, a personal mobile telephone number (***) ***-1769 issued to "JH," knowing that

the means of identification belonged to another person, with the intent to commit, or to aid or

abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to

wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 22, 2014, in the Southeastern Division of the Eastern District of

Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting

interstate or foreign commerce, without lawful authority, a means of identification of another

person, to wit, a personal mobile telephone number (***) ***-5820 issued to "MB," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 12, 2014, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (***) ***-1213 issued to "JP," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT IV

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 12, 2014, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (***) ***-1050 issued to "WC," knowing that the means of identification belonged to another person, with the intent to commit, or to aid

or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT V

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 23, 2014, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (***) ***-7340 issued to "JD," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT VI

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 12, 2014, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (***) ***-3547 issued to "JJ," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT VII

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 15, 2017, in Mississippi County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (\*\*\*) \*\*\*-0736 issued to "CD," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT VIII

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 1, 2017, in Mississippi County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (\*\*\*) \*\*\*-9674 issued to "ED," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

## COUNT IX

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 25, 2017, in Mississippi County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (\*\*\*) \*\*\*-8358 issued to "DG" knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

### COUNT X

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 8, 2017, in Mississippi County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, a personal mobile telephone number (\*\*\*) \*\*\*-6380 issued to "RT," knowing that the means of identification belonged to another person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

### COUNT XI

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 24, 2017, in Mississippi County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **CORY HUTCHESON**, did knowingly possess and use in or affecting interstate or foreign commerce, without lawful authority, a means of

identification of another person, to wit, a personal mobile telephone number (\*\*\*) \*\*\*-4476

issued to "VE" knowing that the means of identification belonged to another person, with the

intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a

violation of Missouri law, to wit: Forgery in violation of R.S.Mo. Section 570.090.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b).

A TRUE BILL.

FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY