UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18CR0041JAR |
| CORY HUTCHESON, | ) ) ) | |
| Defendant. | ) | |

**ORDER SETTING TRIAL**

The Magistrate Judge handling the pretrial proceedings in this case has now indicated that the case is ready to be set for trial or other disposition. Therefore, as authorized by the Administrative Order of this Court,

**IT IS HEREBY ORDERED** that this case is set for trial on the trial docket beginning December 17, 2018, and the case is transferred for trial and all further proceedings to United States District Judge John A. Ross.

**IT IS FURTHER ORDERED** that in all further pleadings the parties shall use the case number 1:18CR41JAR.

*Gregory J. Linhares*
_____
GREGORY J. LINHARES, CLERK

s/Michelle Schaefer
By_____
Deputy Clerk

Dated this 14th day of November, 2018.