IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:18-CR-00041 JAR |
| ) | |
| CORY HUTCHESON, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gwendolyn Carroll and Lindsay McClure-Hartman, Assistant United States Attorneys for said District, and states that it accepts and has no objections to the Presentence Investigation Report prepared by Ryan D. Wilke, Senior U.S. Probation Officer.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

*/s/ Lindsay McClure-Hartman*
GWENDOLYN CARROLL, #4657003NY
LINDSAY MCCLURE-HARTMAN, #66070MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Marc Johnson
Attorney for Defendant

Ryan D. Wilke
Senior U.S. Probation
Officer

                                    */s/ Lindsay McClure-Hartman*
                                    Lindsay McClure-Hartman, #66070MO
                                    ASSISTANT UNITED STATES ATTORNEY