UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:18-cr-41 JAR |
| | ) |
| CORY HUTCHESON, | ) |
| | ) |
| Defendant. | ) |

## FIRST MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL

COMES NOW Defendant, Cory Hutcheson, by and through counsel, and hereby moves this Court for leave to file his sentencing memorandum under seal. In support of this motion, Defendant States as follows.

1. Defendant's sentencing memorandum contains personal information that is not usually available to the public.

2. For this reason, Defendant files the instant motion.

WHEREFORE, Defendant respectfully requests this Honorable Court grant his leave to file his sentencing memorandum under seal.

                Respectfully submitted,

                ROSENBLUM, SCHWARTZ & FRY, PC

By:   /S/ Marc Johnson
       MARC JOHNSON, #58065 MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile (314)862-8050

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwendolyn Carroll, Assistant United States Attorney.