UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.:  1:18-cr-41 JAR ) |
| CORY HUTCHESON, | ) ) |
| Defendant. | ) |

### MOTION TO TERMINATE SUPERVISED RELEASE

COMES NOW, Defendant, Cory Hutcheson, by and through counsel, and respectfully moves this Court, pursuant to title 18 U.S.C. §3583(e)(1), to terminate early his three-year term of supervised release.  In support of this motion, Defendant states as follows:

1. On November 20, 2018, Defendant pled guilty to two counts relating to wire fraud and identity theft.  *See* Doc. Text # 52.

2. On April 29, 2019, the Court sentenced Defendant to 6 months in prison to be followed by three years of supervised release.  Defendant was also ordered to pay a $200 Special Assessment.  *See* Doc. Text #74.

3. Defendant received no halfway house time and was released directly to supervision on December 18, 2019.  He returned to his home of over ten years in East Prairie, Missouri that he shares with his wife and daughter.

4. Defendant secured employment with Hutcheson Plumbing after leaving his prior employment in May 2017.  Upon his release to supervision in 2019, Defendant resumed his duties with Hutcheson Plumbing where he serves as both a plumber and supervisor.

5. Supervision negatively impacts Defendant's employment and earning capacity because of his travel restrictions as he lives within 15 miles of two different states and often receives inquires for services from customers located outside the Eastern District of Missouri including Illinois, Tennessee and Kentucky. More often than not, when Defendant is unable to look at jobs quickly or mentions his supervision restrictions, potential customers move on to other contractors.

6. To date, Defendant has incurred no violations during his 18 months of Supervised Release and was placed on the administrative caseload in April 2020. Defendant has completed more than half of his three year term of Supervised Release.

7. Defendant, through counsel, has spoken with Assistant United States Attorney, Gwen Carroll. Ms. Carroll has no objection to Defendant's request.

WHEREFORE, for the reasons stated above, Defendant respectfully requests this Court terminate early his three-year term of supervised release.

Respectfully submitted,

By:  /S/ *Marc Johnson*
Marc Johnson
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwen Carroll, assistant United States attorney.