UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: S1 1:18-cr-41 JAR |
| | ) |
| CORY HUTCHESON, | ) |
| | ) |
| Defendant. | ) |

## SECOND MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Defendant, Cory Hutcheson ("Hutcheson"), by and through counsel, and hereby moves this Court, pursuant to 18 U.S.C. § 3583(e), to modify his conditions of supervised release, to allow limited access to a crossbow for purposes of hunting during deer and turkey season.  In support of this motion, Hutcheson states as follows:

1. On April 29, 2019, Hutcheson was sentenced to six months in the Federal Bureau of Prisons followed by a three-year period of supervised release which consisted of several conditions, including four months in the Home Confinement Program.

2. Hutcheson went into custody on June 20, 2019 and was released on December 18, 2019.  He then immediately began his term of home incarceration which he completed on April 20, 2020.  Within a week or two of that date, Hutcheson was placed on the administrative caseload by his probation officer where he has remained since.

3. Standard Condition 10 of Hutcheson's supervised release precludes him from owning, possessing, or accessing a dangerous weapon.

1

4. Hutcheson and his family are avid hunters. Hutcheson wishes to hunt with his crossbow during archery deer and turkey season which runs from September 15, 2021 through January 15, 2022. Hutcheson would hunt with his brother and father in Belmont, Missouri on private land managed by his uncle, Marty Hutcheson.

5. Hutcheson's crossbow is a Barnett Wildcat C5 and is currently stored at his father's residence. The crossbow would remain there when Hutcheson is not using it for hunting purposes.

6. This Court granted an identical request by Hutcheson last year.

7. Since the inception of this case, Hutcheson has not violated any condition placed upon him from pretrial supervision through his period in custody, home confinement and now supervised release.

8. Hutcheson will provide any additional information requested by the United States Probation Office to facilitate this request.

9. Hutcheson, through counsel, has discussed this matter with Assistant United States Attorney Gwendolyn Carroll. Ms. Carroll does not object to his request.

WHEREFORE, Hutcheson respectfully requests this Honorable Court modify his conditions of supervised release, to allow limited access to his crossbow for purposes of hunting during deer and turkey season.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By:   /S/Marc Johnson_____
       MARC JOHNSON, #58065 MO

                Attorney for Defendant
                120 S. Central Avenue, Suite 130
                Clayton, Missouri 63105
                (314) 862-4332/Facsimile (314)862-8050

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwendolyn Carroll Assistant United States Attorney.